**Order entered May 4, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00008-CV

**TIFFANNY JONES, M.D. AND TJONESIVFMD, PLLC, Appellants**

**V.**

**FRISCO FERTILITY CENTER, PLLC, D/B/A DALLAS IVF, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02739-2020**

## ORDER
Before Justices Schenck, Nowell, and Garcia

Before the Court are appellants' April 29, 2021 opposed letter requesting leave of Court to afford appellants the opportunity to file objections to the trial court's April 23, 2021 findings and recommendations, and appellee's April 30, 2021 response. We **GRANT** appellants' request. Appellants are **DIRECTED** to file any objections in the trial court and notify this Court in writing of any such filing within **FOURTEEN DAYS** of the date of this order.

We **ORDER** the trial court to consider and take action, if any, on appellants' objections to its findings and recommendations within **THIRTY DAYS** of the date of filing the objections. Any amended findings shall be filed in a supplemental clerk's record in this Court within **FIFTY DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Hon. Andrea Bouressa, Presiding Judge of the 471st Judicial District Court, Lynne Finley, Collin County District Clerk, and all parties.

/s/    DENNISE GARCIA
        JUSTICE